# United States Court of Appeals
**For The District of Columbia Circuit**
_____

**No. 25-5473**　　　　　　　　　　　　　　　September Term, 2025

1:25-cv-03675-BAH

Filed On: March 9, 2026 [2162673]

Chamber of Commerce of the United
States of America and Association of
American Universities,

　　　　Appellants

　　v.

United States Department of Homeland
Security, et al.,

　　　　Appellees

　**BEFORE:**　　Circuit Judges Wilkins, Katsas, and Childs

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, March 9, 2026 at 9:32 a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

　Adam G. Unikowsky, counsel for Appellants.

　Tiberius Davis (DOJ), counsel for Appellees.

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　Anne A. Rothenberger
　　　　　　　　　　　　　　　Deputy Clerk