**25-5473**

---

*In the*

# United States Court of Appeals
### *for the*
## D.C. Circuit

---

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,
*Plaintiffs-Appellants,*

— v. —

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,
*Defendants-Appellees.*

---

On Appeal from the United States District Court
for the District of Columbia
Case No. 25-cv-3675, Hon. Beryl A. Howell

---

### MOTION TO WITHDRAW AS COUNSEL

---

The undersigned counsel, Alex C. Boota, of the law firm McDermott Will & Schulte LLP hereby respectfully requests that this Court grant leave to withdraw his appearance as counsel in the case captioned above and in support states:

1.    The undersigned previously entered his appearance on behalf of Plaintiff-Appellant Chamber of Commerce of the United States of America.

2.    The undersigned will be leaving his position as an attorney at McDermott Will & Schulte LLP on May 15, 2026.

3.    Plaintiff-Appellant Chamber of Commerce of the United States of America consents to this withdrawal.

4.    McDermott Will & Schulte LLP attorneys Paul W. Hughes and Emmett A. Witkovsky-Eldred will continue to represent Plaintiff-Appellant, along with attorneys Daryl L. Joseffer of the U.S. Chamber of Commerce and Paul D. Clement, Jeffrey C. Thalhofer, and James Y. Xi of Clement & Murphy.

Dated: May 15, 2026                    Respectfully submitted,

/s/ *Alex C. Boota*
ALEX C. BOOTA
  *McDermott Will & Schulte LLP*
  *500 North Capitol Street NW*
  *Washington, DC 20001*
  *(202) 756-8000*

  *Counsel for Plaintiff-Appellant*
  *Chamber of Commerce of the*
  *United States of America*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify that this motion:

(i) complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 140 words, excluding the parts of the filing exempted by Rule 32(f); and

(ii) complies with the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared using Microsoft Word for Microsoft 365 MSO and is set in New Century Schoolbook LT Std font in a size equivalent to 14 points or larger.

Dated: May 15, 2026                    /s/ *Alex C. Boota*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and counsel for all parties will be served by the CM/ECF system.

Dated: May 15, 2026                    /s/ *Alex C. Boota*