# United States Court of Appeals
### For The District Of Columbia Circuit

_____

**No. 25-5473**                            **September Term, 2025**

1:25-cv-03675-BAH

**Filed On: December 31, 2025** [2152496]

Chamber of Commerce of the United
States of America and Association of
American Universities,

        Appellants

        v.

United States Department of Homeland
Security, et al.,

        Appellees

### O R D E R

The notice of appeal was filed on December 29, 2025, and docketed in this court on December 31, 2025. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | January 30, 2026 |
| Docketing Statement Form | January 30, 2026 |
| Entry of Appearance Form (Attorneys Only) | January 30, 2026 |
| Procedural Motions, if any | January 30, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | January 30, 2026 |
| Statement of Issues to be Raised | January 30, 2026 |
| Transcript Status Report | January 30, 2026 |
| Underlying Decision from Which Appeal Arises | January 30, 2026 |
| Dispositive Motions, if any | February 17, 2026 |

It is

**FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5473**　　　　　　　　　　　　　　　　　　　**September Term, 2025**

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | January 30, 2026 |
| Entry of Appearance Form (Attorneys Only) | January 30, 2026 |
| Procedural Motions, if any | January 30, 2026 |
| Dispositive Motions, if any | February 17, 2026 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　　Scott H. Atchue
　　　　　　　　　　　　　　　　　　　Deputy Clerk

The following forms and notices are available on the Court's website:

　　　　Civil Docketing Statement Form
　　　　Entry of Appearance Form
　　　　Transcript Status Report Form
　　　　Request to Enter Appellate Mediation Program (Optional)
　　　　Notice Concerning Expedition of Appeals and Petitions for Review
　　　　Stipulation to be Placed in Stand-By Pool of Cases (Optional)