# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Chamber of Commerce of the U.S. et al.

**v.**

U.S. Dep't of Homeland Security et al.

**Case No:** 25-5473

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

U.S. Dep't of Homeland Security (DHS)

U.S. Dep't of State

Krisi L. Noem, Secretary, DHS

Marco A. Rubio, Secretary, U.S. Dep't of State

### Counsel Information

**Lead Counsel:** Tiberius Davis

**Direct Phone:** (202) 514-4357  **Fax:** (202) 305-7000  **Email:** tiberius.davis@usdoj.gov

**2nd Counsel:** Glenn M. Girdharry

**Direct Phone:** (202) 532-4807  **Fax:** (202) 305-7000  **Email:** glenn.girdharry@usdoj.gov

**3rd Counsel:** Alexandra McTague

**Direct Phone:** (202) 718-0483  **Fax:** (202) 305-7000  **Email:** alexandra.mctague2@usdoj.gov

**Firm Name:** U.S. Department of Justice, Civil Division

**Firm Address:** P.O. Box 868, Ben Franklin Station, Washington, D.C. 20044

**Firm Phone:** ( ) - **Fax:** ( ) - **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)