# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Chamber of Commerce of the U.S., et al.

**v.**

U.S. Dep't of Homeland Security, et al.

**Case No:** 25-5473

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Chamber of Commerce of the U.S.

### Counsel Information

Lead Counsel: Paul W. Hughes

Direct Phone: (202) 756-8988  Fax: (202) 591-2784  Email: phughes@mwe.com

2nd Counsel: Alex Boota

Direct Phone: (202) 756-8998  Fax: (   )   -   Email: aboota@mwe.com

3rd Counsel: Emmett Witkovsky-Eldred

Direct Phone: (202) 756-8349  Fax: (   )   -   Email: ewitkovsky-eldred@mwe.com

Firm Name: McDermott Will & Schulte LLP

Firm Address: 500 N. Capitol Street NW, Washington, DC 20001

Firm Phone: (202) 756-8000  Fax: (   )   -   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)