# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Chamber of Commerce of the United States of America, et al.

**v.**

United States Department of Homeland Security, et al.

**Case No:** 25-5473

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Association of American Universities

### Counsel Information

Lead Counsel: Lindsay C. Harrison

Direct Phone: (202) 639-6865  Fax: (202) 639-6066  Email: LHarrison@Jenner.com

2nd Counsel: Adam G. Unikowsky

Direct Phone: (202) 639-6041  Fax: (202) 639-6066  Email: AUnikowsky@Jenner.com

3rd Counsel: Elizabeth Henthorne

Direct Phone: (202) 637-6367  Fax: (202) 639-6066  Email: BHenthorne@Jenner.com

Firm Name: Jenner & Block LLP

Firm Address: 1099 New York Avenue NW Suite 900

Firm Phone: (202) 637-6000  Fax: (202) 639-6066  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

# ENTRY OF APPEARANCE ADDENDUM

Additional Counsel:

Counsel:  Ishan K. Bhabha
Phone:  (202) 637-6327
Fax:  (202) 639-6066
Email:  IBhabha@Jenner.com
Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001

Counsel:  Zachary C. Schauf
Phone:  (202) 637-6351
Fax:  (202) 639-6066
Email:  ZSchauf@Jenner.com
Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001