# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Chamber of Commerce of the U.S., et al.

v.

U.S. Dep't of Homeland Security, et al.

**Case No:** 25-5473

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Chamber of Commerce of the U.S.

Association of American Universities

### Counsel Information

Lead Counsel: Paul D. Clement

Direct Phone: (202) 742-8901  Fax: (___) _____  Email: paul.clement@clementmurphy.com

2nd Counsel: James Y. Xi

Direct Phone: (202) 742-8912  Fax: (___) _____  Email: james.xi@clementmurphy.com

3rd Counsel:

Direct Phone: (___) _____  Fax: (___) _____  Email:

Firm Name: Clement & Murphy, PLLC

Firm Address: 706 Duke Street, Alexandria VA 22314

Firm Phone: (202) 742-8900  Fax: (___) _____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)