No. 25-5473 September Term, 2025

1:25-cv-03675-BAH

Filed On: January 16, 2026

Chamber of Commerce of the United States of America and Association of American Universities,

    Appellants

    v.

United States Department of Homeland Security, et al.,

    Appellees

**BEFORE:** Millett, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion to schedule oral argument, it is

**ORDERED** that the motion be denied. Appellants have not shown that such expedition of oral argument is warranted. See D.C. Circuit Handbook of Practice and Internal Procedures 34 (2025). The Clerk is directed to calendar this case for oral argument on the first appropriate date in March 2026.

**Per Curiam**

                                                  **FOR THE COURT:**
                                                  Clifton B. Cislak, Clerk

                              BY:    /s/
                                       Selena R. Gancasz
                                       Deputy Clerk