ORAL ARGUMENT NOT YET SCHEDULED
No. 25-5473

# United States Court of Appeals for the District of Columbia Circuit

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and ASSOCIATION OF AMERICAN UNIVERSITIES,
*Plaintiffs-Appellants*,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *ET AL.*,
*Defendants-Appellees*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, NO. 25-CV-3675
DISTRICT JUDGE BERYL A. HOWELL

## REPRESENTATION OF NON-OPPOSITION AND NOTICE OF INTENT TO FILE AS *AMICUS CURIAE*

Under Federal Rule of Appellate Procedure 29(a)(6) and Circuit Rule 29(b), American Association of International Healthcare Recruitment ("AAIHR") files this Notice of Intent to file a brief as *amicus curiae* in support of Plaintiffs-Appellants. Upon conferral, all parties do not oppose AAIHR's timely filing of a brief as *amicus curiae*.

Dated: January 16, 2026

1

Respectfully submitted,

*/s/ Andrew D. Prins*
Andrew D. Prins
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC  20004
(202) 637-2200
andrew.prins@lw.com

*Counsel for* Amicus Curiae
*American Association of International Healthcare Recruitment*

# CORPORATE DISCLOSURE STATEMENT

Under Rule 26.1 of the Federal Rules of Appellate Procedure and Circuit Rule 26.1, *amicus curiae* American Association of International Healthcare Recruitment ("AAIHR") submits the following corporate disclosure statement:

AAIHR is a not-for-profit 501(c)(6) organization that represents the mutual interests of U.S.-based organizations that recruit international healthcare professionals to fill critical staffing needs, and to promote legal, ethical, socially responsible, and professional practices for international healthcare recruitment. AAIHR member organizations recruit, screen, train, test, credential, sponsor, relocate, resettle, and employ a variety of healthcare professionals including Registered Nurses, Physical Therapists, Occupational Therapists, Speech Language Pathologists, and Medical Technologists for U.S. employment. AAIHR's members rely on the H-1B visa program to attract highly qualified professionals in these fields to fill critical U.S. healthcare shortages and work communities underserved by the U.S. healthcare workforce.

AAIHR is a non-profit "trade association" under D.C. Circuit Rule 26.1(b). AAIHR has no parent corporation, and no publicly traded company owns any interest in it.

Respectfully submitted,

*/s/ Andrew D. Prins*
Andrew D. Prins
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC  20004
(202) 637-2200
andrew.prins@lw.com

*Counsel for* Amicus Curiae
*American Association of
International Healthcare
Recruitment*

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, the foregoing was electronically filed through this Court's CM/ECF system, which will send a notice of filing to all registered users.

*/s/ Andrew D. Prins*
Andrew D. Prins