# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
*All Cases Other than Administrative Agency Cases (To be completed by appellant)*

1. CASE NO. **25-5473**    2. DATE DOCKETED: **12/31/2026**
3. CASE NAME (lead parties only) **Chamber of Commerce of USA** v. **U.S. Department of Homeland Security et al.**
4. TYPE OF CASE:  ☒ District Ct -  ⦿ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ○ Yes  ⦿ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No.     Bankruptcy Court Docket No.     Tax Court Docket No.
      Civil Action **25-cv-3675**     Bankruptcy _____             Tax _____
      Criminal _____                 Adversary _____
      Miscellaneous _____            Ancillary _____
   b. Review is sought of:
      ☒ Final Order   ☐ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge **Hon. Beryl A. Howell**              Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): **12-23-2025**   e. Date notice of appeal filed: **12-29-2025**
   f. Has any other notice of appeal been filed in this case?   ○ Yes  ⦿ No   If YES, date filed: _____
   g. Are any motions currently pending in trial court?   ○ Yes  ⦿ No   If YES, date filed: _____
      If YES, identify motion _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?   ⦿ Yes  ○ No
      If NO, why not? _____
   i. Has this case been before the Court under another appeal number?  ○ Yes  Appeal # _____   ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue*, currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ⦿ Yes  ○ No   If YES, give each case's court and case name, and docket number:
      **Global nurse force v. Trump, No. 3:25-8454 (N.D. Cal.); California v. Noem, No. 1:25-13829 (D. Mass)**
   k. Does this case turn on validity or correct interpretation or application of a statute?   ⦿ Yes  ○ No
      If YES, give popular name and citation of statute **Immigration and Nationality Act, 8 U.S.C. §§ 1182(f); 1185(a)**
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?   ○ Yes  ⦿ No   If so, provide program name and participation dates _____

Signature **/s/ Paul W. Hughes**        Date **1-29-2026**
Name of Party **Chamber of Commerce of the United States of America**
Name of Counsel for Appellant/Petitioner **Paul W. Hughes**
Address **McDermott Will & Schulte LLP, 500 N. Capitol St. NW, Washington, DC 20001**
Phone ( **202** ) **756-8000**     Fax ( **202** ) **756-8087**

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

  I hereby certify that on January 29, 2026, I electronically filed the foregoing brief with the Clerk of this Court using the CM/ECF system, and counsel for all parties will be served by the CM/ECF system.

Dated: January 29, 2026　　　　　　　<u>/s/ *Paul W. Hughes*</u>