No. 25-5473

_____

*In the*

# United States Court of Appeals
## *for the*
## District of Columbia Circuit

_____

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and
ASSOCIATION OF AMERICAN UNIVERSITIES,
*Plaintiffs-Appellants*,

– v. –

UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,
*Defendants-Appellees.*

_____

**APPELLANTS' STATEMENT OF
ISSUES TO BE RAISED**

_____

Pursuant to the Court's order of December 31, 2025, appellants Chamber of Commerce of the United States of America and Association of America submit the following statement of issues to be raised.

The issues to be raised in this appeal include:

Whether Proclamation 10973, *Restriction on Entry of Certain Nonimmigrant Workers*, 90 Fed. Reg. 46,027 (Sept. 19, 2025), and implementing agency action thereto, is *ultra vires* and contrary to statute because it con-

flicts with and overrides other provisions of the Immigration and Nationality Act (INA) and exceeds the president's authority under Sections 212(f) and 215(a)(1) of the INA.

Dated: January 29, 2026

/s/ *Paul D. Clement*
PAUL D. CLEMENT
JAMES Y. XI
JEFFREY C. THALHOFER
  *Clement & Murphy, PLLC*
  *706 Duke Street*
  *Alexandria, VA 22314*
  *(202) 742-8900*

*Counsel for Appellants*
*Chamber of Commerce of*
*the United States of*
*America and Association*
*of American Universities*

/s/ *Lindsay C. Harrison*
ADAM G. UNIKOWSKY
ELIZABETH HENTHORNE
ISHAN K. BHABHA
LINDSAY C. HARRISON
ZACHARY C. SCHAUF
  *Jenner & Block LLP*
  *1099 New York Ave. NW Ste. 900*
  *Washington, DC 20001-4412*
  *(202) 637-6000*

*Counsel for Appellant*
*Association of American*
*Universities*

Respectfully submitted,

/s/ *Paul W. Hughes*
PAUL W. HUGHES
ALEX BOOTA
EMMETT WITKOVSKY-ELDRED
  *McDermott Will & Schulte LLP*
  *500 North Capitol Street NW*
  *Washington, DC 20001*
  *(202) 756-8000*

DARYL L. JOSEFFER
  *U.S. Chamber Litigation Center*
  *1615 H Street NW*
  *Washington, DC 20062*
  *(202) 463-5337*

*Counsel for Appellant Chamber of*
*Commerce of United States of*
*America*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2026, I electronically filed the foregoing brief with the Clerk of this Court using the CM/ECF system, and counsel for all parties will be served by the CM/ECF system.

Dated: January 29, 2026              /s/ *Paul W. Hughes*