No. 25-5473

_____

*In the*

# United States Court of Appeals
## *for the*
## District of Columbia Circuit

_____

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and ASSOCIATION OF AMERICAN UNIVERSITIES,
*Plaintiffs-Appellants*,

– v. –

UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,
*Defendants-Appellees.*

_____

**CORPORATE DISCLOSURE STATEMENT**
_____

Pursuant to Federal Rule of Appellate Procedure Rule 26.1 and Circuit Rule 26.1, the undersigned counsel of record for the Chamber of Commerce of the United States of America (the U.S. Chamber) and the Association of American Universities (AAU) certify the following:

The U.S. Chamber states that it is a non-profit, tax-exempt organization incorporated in the District of Columbia. The Chamber has no parent corporation, and no publicly held company has 10% or greater ownership in the Chamber.

AAU is a registered 501(c)(3) non-profit corporation and trade association representing 71 leading research universities, 69 of which are based

in the United States. It has no parent company. No publicly held corporation or entity owns any interest in AAU.

Dated: January 29, 2026    Respectfully submitted,

/s/ *Paul D. Clement*
PAUL D. CLEMENT
JAMES Y. XI
JEFFREY C. THALHOFER
  Clement & Murphy, PLLC
  706 Duke Street
  Alexandria, VA 22314
  (202) 742-8900

*Counsel for Appellants Chamber of Commerce of the United States of America and Association of American Universities*

/s/ *Lindsay C. Harrison*
ADAM G. UNIKOWSKY
ELIZABETH HENTHORNE
ISHAN K. BHABHA
LINDSAY C. HARRISON
ZACHARY C. SCHAUF
  Jenner & Block LLP
  1099 New York Ave. NW Ste. 900
  Washington, DC 20001-4412
  (202) 637-6000

*Counsel for Appellant Association of American Universities*

/s/ *Paul W. Hughes*
PAUL W. HUGHES
ALEX BOOTA
EMMETT WITKOVSKY-ELDRED
  McDermott Will & Schulte LLP
  500 North Capitol Street NW
  Washington, DC 20001
  (202) 756-8000

DARYL L. JOSEFFER
  U.S. Chamber Litigation Center
  1615 H Street NW
  Washington, DC 20062
  (202) 463-5337

*Counsel for Appellant Chamber of Commerce of United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2026, I electronically filed the foregoing brief with the Clerk of this Court using the CM/ECF system, and counsel for all parties will be served by the CM/ECF system.

Dated: January 29, 2026				/s/ *Paul W. Hughes*