No. 25-5473

_____

*In the*

# United States Court of Appeals
## *for the*
## District of Columbia Circuit

_____

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA and ASSOCIATION OF AMERICAN UNIVERSITIES,
*Plaintiffs-Appellants*,

– v. –

UNITED STATES DEPARTMENT OF HOMELAND SECURITY et al.,
*Defendants-Appellees.*

_____

**APPELLANTS' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

_____

Pursuant to the Court's order of December 31, 2025, appellants Chamber of Commerce of the United States of America and Association of American Universities submit the following certification as to the parties, rulings, and related cases.

**Parties and Amici**. The parties before the Court are plaintiff-appellant Chamber of Commerce of the United States of America; plaintiff-appellant Association of American Universities; defendant-appellee United States Department of Homeland Security; defendant-appellee United

States Department of State; defendant-appellee Kristi L. Noem, in her official capacity as Secretary of Homeland Security; and defendant-appellee Marco A. Rubio, in his official capacity as Secretary of State. The American Association of International Healthcare Recruitment; the Consumer Technology Association; Fragomen, Del Rey, Bernsen & Loewy, LLP; and the states of New Jersey, Arizona, California, Colorado, Connecticut, Delaware, Hawaiʻi, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Mexico, New York, North Carolina, Oregon, Rhode Island, Vermont, Washington, and the District of Columbia have appeared as *amici curiae* before this Court. The Federation for American Immigration Reform appeared as *amicus curiae* in the district court. There are no other parties or *amici* at this time.

**Rulings under review.** The ruling under review is the opinion and order signed on December 23, 2025 by the United States District Court for the District of Columbia, Hon. Beryl A. Howell, denying Appellants' motion for a preliminary injunction, or in the alternative, summary judgment and granting the government's motion for summary judgment. The opinion is unreported but is available at 2025 WL 3719234 (D.D.C. Dec. 23, 2025).

**Related cases.** This case has not previously been before this Court. Counsel is aware of no related cases pending in this Court.

Dated: January 29, 2026                    Respectfully submitted,

/s/ *Paul D. Clement*                      /s/ *Paul W. Hughes*
PAUL D. CLEMENT                            PAUL W. HUGHES
JAMES Y. XI                                ALEX BOOTA
JEFFREY C. THALHOFER                       EMMETT WITKOVSKY-ELDRED
  *Clement & Murphy, PLLC*            *McDermott Will & Schulte LLP*
  *706 Duke Street*                   *500 North Capitol Street NW*
  *Alexandria, VA 22314*              *Washington, DC 20001*
  *(202) 742-8900*                    *(202) 756-8000*

*Counsel for Appellants*                   DARYL L. JOSEFFER
*Chamber of Commerce of*                     *U.S. Chamber Litigation Center*
*the United States of*                       *1615 H Street NW*
*America and Association*                    *Washington, DC 20062*
*of American Universities*                   *(202) 463-5337*

/s/ *Lindsay C. Harrison*                  *Counsel for Appellant Chamber of*
ADAM G. UNIKOWSKY                          *Commerce of United States of*
ELIZABETH HENTHORNE                        *America*
ISHAN K. BHABHA
LINDSAY C. HARRISON
ZACHARY C. SCHAUF
  *Jenner & Block LLP*
  *1099 New York Ave. NW Ste. 900*
  *Washington, DC 20001-4412*
  *(202) 637-6000*

*Counsel for Appellant*
*Association of American*
*Universities*

# CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2026, I electronically filed the foregoing brief with the Clerk of this Court using the CM/ECF system, and counsel for all parties will be served by the CM/ECF system.

Dated: January 29, 2026                    /s/ *Paul W. Hughes*