# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5473**

**September Term, 2025**

**1:25-cv-03675-BAH**

**Filed On: March 3, 2026** [2161917]

Chamber of Commerce of the United
States of America and Association of
American Universities,

       Appellants

      v.

United States Department of Homeland
Security, et al.,

       Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for March 9, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 10 Minutes |
| Appellees | - | 10 Minutes |

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Wilkins, Katsas, and Childs.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by March 5, 2026.

**Per Curiam**

               **FOR THE COURT:**
               Clifton B. Cislak, Clerk
BY:    /s/
               Daniel J. Reidy
               Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)