# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

**No. 25-5473**

**September Term, 2025**

**1:25-cv-03675-BAH**

**Filed On: March 9, 2026** [2162673]

Chamber of Commerce of the United
States of America and Association of
American Universities,

      Appellants

    v.

United States Department of Homeland
Security, et al.,

      Appellees

    **BEFORE:**    Circuit Judges Wilkins, Katsas, and Childs

## <u>COURTROOM MINUTES OF ORAL ARGUMENT</u>

PROCLAMATION BEING MADE, the Court opened on Monday, March 9, 2026 at 9:32 a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

    Adam G. Unikowsky, counsel for Appellants.

    Tiberius Davis (DOJ), counsel for Appellees.

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

        BY:    /s/
                    Anne A. Rothenberger
                    Deputy Clerk