ORAL ARGUMENT HELD

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 25-5473

(Civ No. 25-cv-3675)

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA AND AMERICAN ASSOCIATION OF UNIVERSITIES,

Plaintiffs-Appellants,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY *et al.*,

Defendants-Appellees.

**WITHDRAWAL OF COUNSEL**

The Clerk of The Court will please withdraw the appearance of Counsel Alexandra McTague Schulte in the above-captioned case as she is leaving the Department of Justice at the end of the week. The Defendants-Appellees will continue to be represented by the other Department of Justice counsel of record in this case. The Clerk of The Court will please terminate Counsel Alexandra McTague Schulte from all ECF notices in this case.

*/s/ Alexandra Schulte*
Senior Litigation Counsel
U.S. Department of Justice Civil Division